to the Board of Tax Appeals for further proceedings in conformity with the mandate of the Supreme Court to this court.

# COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. PEAVY–MOORE LUMBER COMPANY, Respondent.

No. 6159.

Circuit Court of Appeals, Fifth Circuit.

Oct. 24, 1932.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

Whereas, in cause No. 6159, between the Commissioner of Internal Revenue, petitioner, and Peavy-Moore Lumber Company, respondent, a judgment was entered by this court on June 30, 1931, denying the petition for review, and whereas, on April 18, 1932, the Supreme Court of the United States reversed the judgment of this court, 51 F.(2d) 163, and issued its mandate to this court with instructions to remand the cause to the Board of Tax Appeals for further proceedings in conformity with the opinion of the Supreme Court in Handy & Harman v. Burnet, Commissioner of Internal Revenue, 284 U. S. 136, 52 S. Ct. 51, 76 L. Ed. 207, now therefore it is ordered that the petition for review be granted, and the cause remanded to the Board of Tax Appeals for further proceedings in conformity with the mandate of the Supreme Court to this court.

# COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. PEAVY–BYRNES LUMBER COMPANY, Respondent.

No. 6160.

Circuit Court of Appeals, Fifth Circuit.

Oct. 24, 1932.

Before BRYAN, SIBLEY and HUTCHESON, Circuit Judges.

PER CURIAM.

Whereas, in cause No. 6160, between the Commissioner of Internal Revenue, petitioner, and Peavy-Byrnes Lumber Company, respondent, a judgment was entered by this court on June 30, 1931, denying the petition for review, and whereas, on April 18, 1932, the Supreme Court of the United States reversed the judgment of this court, 51 F.(2d) 163, and issued its mandate to this court with instructions to remand the cause to the Board of Tax Appeals for further proceedings in conformity with the opinion of the Supreme Court in Handy & Harman v. Burnet, Commissioner of Internal Revenue, 284 U. S. 136, 52 S. Ct. 51, 76 L. Ed. 207, now therefore it is ordered that the petition for review be granted, and the cause remanded to the Board of Tax Appeals for further proceedings in conformity with the mandate of the Supreme Court to this court.

# COMMISSIONER OF INTERNAL REVENUE v. WHEELER FISHER & CO.

No. 4715.

Circuit Court of Appeals, Seventh Circuit.

Nov. 14, 1932.

See, also, 54 F.(2d) 294.

G. A. Youngquist, Asst. Atty. Gen., for petitioner.

Albert L. Hopkins, of Washington, D. C., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged by this court that the petition for review filed in the above-entitled cause be, and the same is hereby, denied, and the appeal be, and the same is hereby, dismissed, without costs.